Supreme Court, New York Special Term. Reported. N. Y. L. J. January 20, 1898.

In the Matter of the Application of HENRY H. LYMAN, to Revoke the Liquor Tax Certificate of the PLYMOUTH SOCIAL CLUB.

RUSSELL, J. For the same reasons which apply to the case against the Gramercy. Club an order is granted revoking the liquor tax certificate in question, with costs. It is unnecessary to consider the further question as to whether the club has a legal existence. The objections by the respondent to the testimony offered are severally overruled and exceptions given. Counsel will furnish me with an affidavit of the disbursements.